# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| RAYMOND A. WELLS, SR., | ) | |
| Register No. 16526, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-4395-CV-C-NKL |
| | ) | |
| DAVE DORMIRE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On February 27, 2006, the United States Magistrate Judge recommended dismissing plaintiff's claims against defendant Correctional Medical Services. The Magistrate Judge further recommended that plaintiff's motion for a temporary restraining order be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's February 27, 2006, Report and Recommendation is adopted [7]. It is further

ORDERED that plaintiff's motion for a temporary restraining order is denied. It is further

ORDERED that plaintiff's claims against defendant Correctional Medical Services are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief may be granted.

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: March 23, 2006
Jefferson City, Missouri